# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2590
_____

ISAAC SIMMONS,

    Appellant,

    v.

RAVE MOTION PICTURES
PENSACOLA, L.L.C., CAMATIC
PTY., LTD., d/b/a CAMATIC
SEATING INC., and UNIVERSAL
CINEMA SERVICES, INC.,

    Appellees.

_____


On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

April 2, 2019


PER CURIAM.

    AFFIRMED.

RAY, KELSEY, and JAY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Christopher V. Carlyle of The Carlyle Appellate Law Firm, Orlando, for Appellant.

Thomas A. Valdez and Karen Shimonsky of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for Appellee Universal Cinema Services, Inc.